UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Love and Madness, Inc.,

               Plaintiff(s),

      -against-

Claires Holdings LLC, et al.,

               Defendant(s).

------------------------------------x

25 cv 6277 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

     Counsel shall confer and inform Judge Preska by letter no later than March 30, 2026 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: 3/23/24

New York, New York